## No. 7343.

### ROBERT BONVILLAIN VS. ADOLPH VERRET.

If the appellant fails to disclose an appealable interest, and if the judgment complained of does not cause him an irreparable injury, his appeal will be dismissed.

APPEAL from the Second District Court of New Orleans.    TISSOT, J.

*Tucker* for Plaintiff Appellant.    *Gill* for Defendant.

MARR, J., delivered the opinion dismissing the appeal.